IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SAMMY MARK GREEN and MIRIAM GREEN, | * | |
| | * | |
| Plaintiffs, | | Case No.5:25-cv-00004-MTT |
| v. | * | |
| CITY OF PERRY, GEORGIA, | * | |
| Defendant. | * | |

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated September 2, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiffs shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 3rd day of September, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk